OPINION — AG — **** PROBATIONARY ACCREDITATION OF SCHOOL DISTRICT **** PURSUANT TO 70 O.S. 1972 Supp. 3-104 [70-3-104] (10), A SCHOOL DISTRICT MAY BE ACCREDITED PROBATIONALLY FOR A PERIOD OF ONE YEAR, IF, IN THE PRECEDING YEAR, SAID SCHOOL DISTRICT MAINTAINED AN AVERAGE DALILY ATTENDANCE OF AT LEAST THIRTY EIGHT STUDENTS AND SERVED A TRANSPORTATION AREA OF 110 SQUARE MILES OR MORE. (LARRY L. FRENCH)